Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

**8/7/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

Case Number    2:25-cr-00651-JFW-3

Defendant Number    3

U.S.A. v.    NAZIZ HARRIS

Year of Birth    2005

☑ Indictment        ☐ Information

Investigative agency (FBI, DEA, etc.)    HSI/USAO

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense

☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☑ Felony

b. Date of Offense    February 2021 - August 7, 2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles        ☐ Ventura

☐ Orange        ☐ Santa Barbara

☐ Riverside        ☐ San Luis Obispo

☐ San Bernardino        ☐ Other _____

Citation of Offense    18 U.S.C. § 1962(d); § 1591(a)(b)(1); 2(a);

§ 2251(a), (e); § 2423(a); 21 U.S.C. § 846

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)    ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No        ☐ Yes

If "Yes," Case Number: N/A

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  N/A

Case Number:    N/A

Assigned Judge:    N/A

Charging: N/A

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented?    ☑ No    ☐ Yes

IF YES, provide Name:    N/A

Phone Number:    N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

☑ Yes*        ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☑ Yes*        ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☐ No

This is the  N/A    superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number N/A

The superseded case:

☐ is still pending before Judge/Magistrate Judge

N/A

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

☐ Yes*        ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes        ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

### INTERPRETER

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

### OTHER

☑ Male          ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)   _____

_____

This defendant is charged in:

☐ All counts

☑ Only counts:   1, 13, 20, 21, 23-25

☑ This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud      ☐ public corruption

☐ government fraud                 ☐ tax offenses

☐ environmental issues             ☐ mail/wire fraud

☑ narcotics offenses               ☐ immigration offenses

☑ violent crimes/firearms          ☐ corporate fraud

☐ Other   _____

_____

### CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint:   _____

b. Posted bond at complaint level on:   _____

   in the amount of $   _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:   ☑ State   ☐ Federal

b. Name of Institution:   Nebraska - Unknown Name

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:   ☐ Yes   ☑ No

   IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☑ Yes   ☐ No

   IF YES :   ☑ State   ☐ Federal   AND

   Name of Court:   Keith County District Court

   Date transferred to federal custody:   _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:   18 USC § 3146(a)(2)

_____

Date   08/07/2025

Signature of Assistant U.S. Attorney

Mirelle Raza

Print Name