Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT

**8/7/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

Case Number   2:25-cr-00651-JFW-4

U.S.A. v.   AVERY AMOAKO

[✓] Indictment          [ ] Information

Defendant Number   4

Year of Birth   1997

Investigative agency (FBI, DEA, etc.)   HSI/USAO

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   February 2021 - August 7, 2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles          [ ] Ventura

[ ] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other _____

Citation of Offense   18 U.S.C. § 1962(d); § 1591(a); § 1956(a)

(1)(A)(1); 21 U.S.C. § 846

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No          [ ] Yes

If "Yes," Case Number: N/A

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  N/A

Case Number:   N/A

Assigned Judge:   N/A

Charging: N/A

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No   [ ] Yes

IF YES, provide Name:   N/A

Phone Number:   N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[✓] Yes*          [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[✓] Yes*          [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the  N/A  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
N/A

Case Number N/A

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

N/A

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*          [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*          [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes          [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male       ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s)   DUECEHANDS, HANDZ
_____

This defendant is charged in:
   ☐ All counts
   ☑ Only counts:   1-2, 5, 25-26

☑ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☑ narcotics offenses             ☐ immigration offenses
☑ violent crimes/firearms        ☐ corporate fraud
☐ Other   _____

**CUSTODY STATUS**

<u>Defendant is **not in custody**:</u>
   a. Date and time of arrest on complaint:   N/A
   b. Posted bond at complaint level on:   N/A
      in the amount of $ N/A
   c. PSA supervision?   ☐ Yes   ☐ No
   d. Is on bail or release from another district:
      N/A

<u>Defendant is **in custody**:</u>
   a. Place of incarceration:   ☐ State   ☐ Federal
   b. Name of Institution:   N/A
   c. If Federal, U.S. Marshals Service Registration Number:
      N/A
   d. ☐ Solely on this charge.  Date and time of arrest:
      N/A
   e. On another conviction:   ☐ Yes   ☐ No
      IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue
   f. Awaiting trial on other charges:   ☐ Yes   ☐ No
      IF YES :   ☐ State   ☐ Federal   AND
      Name of Court:   N/A
      Date transferred to federal custody:   _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.   _____ 20   _____ 21   _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:   18 USC § 3146(a)(2)
_____

Date   08/07/2025

Signature of Assistant U.S. Attorney

Mirelle Raza
Print Name