UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.  2:25-CR-00651-JFW-4                                    Date: 08/13/2025

Present: The Honorable: Maria A. Audero, United States Magistrate Judge

Interpreter N/A                                    Language  N/A

| Cindy Delgado | 08/13/2025 | Mirelle Nusret Raza |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  In Custody         Attorneys for Defendants:  ✓ Present  CJA

Avery Amoako                                    Robert M Bernstein

**Proceedings: Arraignment of**    ✓  **Assignment of Case**         **Appointment of Counsel**
**Defendant and/or**                **Initial Appearance**

* Court does not question defendant as to true name.

* Defendant is arraigned under name on the Indictment.

* Defendant acknowledges having read the Indictment and discussed it with counsel.

* Defendant pleads "not guilty" to all counts of the Indictment.

* This case is assigned to Judge John F. Walter.

* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/07/2025 8:30 AM

* The government shall turn over all discovery to defense counsel. Judge Walter is located in 7A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA        PSAED        PSASA           Initial Appearance/Appointment of Counsel: 00    : 00
      ✓ USMLA        USMED        USMSA
      Statistics Clerk        Interpreter                    Arraignment: 00    : 03
      ✓ CJA Supervising Attorney        Fiscal        Initials of Deputy Clerk: CLD by TRB