Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2025 AUG 13  AM 11: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: mmc

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | 2:25-cr-00651-JFW-1 |
| V. | | |
| Amaya Armstead, aka "Lady Duck" | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1.  The defendant was arrested in this district on __8/13/25__ at __6__ ☒ AM ☐ PM

    or

    The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes    ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes    ☐ No

4.  Charges under which defendant has been booked:

    18 USC 1962(d), Racketeer Influenced and Corrupt Organizations Conspiracy

5.  Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6.  Interpreter Required:    ☒ No    ☐ Yes    Language:    English

7.  Year of Birth:    2000

8.  Defendant has retained counsel:    ☒ No

    ☐ Yes    Name: _____    Phone Number: _____

9.  Name of Pretrial Services Officer notified:    Duty Pretrial Services Officer

10. Remarks (if any): _____

11. Name:  Bertram Scott    (please print)

12. Office Phone Number: 213-431-2166    13. Agency:  ERO Los Angeles

14. Signature:  *Bertam Scott*    15. Date:  08/13/2025

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION