FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2025 AUG 13  PM 12: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____ MMC

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> v. <br><br> JARED EVANS, <br> aka "JMoney," <br><br> DEFENDANT. | CASE NUMBER: <br><br> 2:25-cr-00651-JFW-5      **5** <br><br> **WARRANT FOR ARREST** |

To:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **JARED EVANS, aka "JMoney,"** and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Racketeer Influenced and Corrupt Organizations Conspiracy, in violation of Title 18, United States Code, Section 1962(d).

| | |
|---|---|
| Brian Karth <br> NAME OF ISSUING OFFICER <br><br> Clerk of Court <br> TITLE OF ISSUING OFFICER <br><br> _[signature]_ <br> SIGNATURE OF DEPUTY CLERK | August 7, 2025       Los Angeles, CA <br><br> DATE AND LOCATION OF ISSUANCE <br><br> By:   Honorable Alicia G. Rosenberg <br> NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
|---|---|
| 8/13/25 <br> DATE RECEIVED <br> 8/13/25 <br> DATE OF ARREST | DIAZ <br> NAME OF ARRESTING OFFICER <br> DETECTIVE <br> TITLE <br> _[signature]_ <br> SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO



36262

CR-12 (08/10)              **WARRANT FOR ARREST**                    Page 1 of 2